**Angelos Pappas, appellee, v. R. L. Langford, appellant. Gen. No. 28,455.**

Action for damages to automobile sustained by collision. Judg-

ment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. O'Connell, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed with finding of fact. Opinion filed December 10, 1923.

Cassels, Potter & Gilbert, for appellant; Ralph F. Potter and John W. Fisher, of counsel. John J. Lupe, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.